IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Case No.  14-cv-03417-LTB

AUTO-OWNERS INSURANCE COMPANY, a Michigan corporation,

      Plaintiff,

v.

SUMMIT PARK TOWNHOME ASSOCIATION, a Colorado corporation,

      Defendant.

_____

### ORDER ON PARTIALLY UNOPPOSED MOTION FOR APPOINTMENT OF UMPIRE
_____

**THIS CAUSE** came before the Court on Plaintiff Auto-Owners Insurance Company's

Partially Unopposed Motion for Appointment of Umpire [Doc. # 24].  I have reviewed the

motion and Defendant Summit Park Townhome Association's response [Doc. # 29].  In so

doing, I studied in detail the resumes and qualifications of the candidates proposed by the parties

to serve as umpire with respect to the appraisal process in this case.  I also received argument

from counsel at the hearing held on September 25, 2015.  For the reasons stated on the record at

the hearing, it is hereby

**ORDERED** that the motion is **GRANTED**.  It is further

**ORDERED** that Robert J. Norton of Denver, Colorado, being impartial and competent,

is appointed as umpire with respect to the appraisal process in this case.  It is further

**ORDERED** that the parties shall, no later than December 24, 2015, file with the Court a report detailing the "amount of loss" caused by the September 2013 hailstorm, as "agreed to by any two" of the parties' chosen appraisers and Mr. Norton, pursuant to the insurance policy at issue in this case.  *See* Ex. A to 2d Am. Compl. at 78 [Doc. # 6-1].

**DATED**: September   25  , 2015, at Denver, Colorado.

BY THE COURT:


  s/Lewis T. Babcock
LEWIS T. BABCOCK, JUDGE