IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Case No. 14-cv-03417-LTB

AUTO-OWNERS INSURANCE COMPANY, a Michigan corporation,

 Plaintiff,

v.

SUMMIT PARK TOWNHOME ASSOCIATION, a Colorado corporation,

 Defendant.
_____

**ORDER**
_____

 Plaintiff has filed "Notice Regarding Court Order Entered September 10, 2015 [ECF Doc. 25]". No relief is requested in this filing. It appears to be an attempt to improperly influence this Court. Accordingly

 IT IS ORDERED that this Notice (Doc 33 - filed December 2, 2015) is STRICKEN.

          BY THE COURT:

            s/Lewis T. Babcock
          LEWIS T. BABCOCK, JUDGE

DATED: December 3, 2015