IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE LEWIS T. BABCOCK

_____

Courtroom Deputy:  Bernique Abiakam          Date:  January 13, 2016
Court Reporter: Janet Coppock

_____

Civil Case No. 14-cv-03417-LTB                  _Counsel:_

AUTO-OWNERS INSURANCE COMPANY, a          John D. Mereness
Michigan corporation,                                    Gregory R. Giometti

      Plaintiff,

v.

SUMMIT PARK TOWNHOME ASSOCIATION,          David J. Pettinato
a Colorado corporation,                                 William C. Harris

      Defendant.

_____

COURTROOM MINUTES
_____

HEARING - STATUS/SCHEDULING

**9:05 a.m.      Court in Session.**

Preliminary remarks by the Court.

Discussion regarding Status Report Regarding Appraisal Award (Filed 12/23/15; Doc: No. 35).

Comments by Mr. Mereness.  Questions by the Court.

Comments by Mr. Harris.

Discussion regarding the parties' Joint Motion To Lift Stay (Filed 1/12/16; Doc. No. 38).

**ORDERED**: **Joint Motion To Lift Stay (Filed 1/12/16; Doc. No. 38) is GRANTED.**

1

**ORDERED:**   **A Scheduling Conference is set for January 25, 2016 at 9:00 a.m.  The Scheduling Order shall be submitted by January 21, 2016.**

Discussion regarding Summary Judgment.

**ORDERED:**   **The parties' request to negate paragraph 6, regarding ex parte communication, of the Memorandum Opinion And Order (Filed 9/10/2015; Doc. No. 25) is held in abeyance.**

**9:31a.m.**      **Court in Recess.**
Hearing concluded.
Time: 26 minutes.