IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Case No.  14-cv-03417-LTB

AUTO-OWNERS INSURANCE COMPANY, a Michigan corporation,

      Plaintiff,

v.

SUMMIT PARK TOWNHOME ASSOCIATION, a Colorado corporation,

      Defendant.

_____

**ORDER ON JANUARY 13, 2016 STATUS HEARING**
_____

      This cause came before the Court at a status hearing held on January 13, 2016.  I have reviewed the parties' Joint Motion to Lift Stay [Doc. # 38], listened to the argument of counsel, and am otherwise fully advised in the premises.  Based on the foregoing, it is hereby

      **ORDERED** that the Joint Motion to Lift Stay [Doc. # 38] is **GRANTED** and the stay of proceedings previously entered in this case is **LIFTED**.  It is further

      **ORDERED** that the parties' request to lift the restriction regarding *ex parte* communications with the appraisers and umpire set forth in the September 10, 2015 order [Doc. # 25] is **HELD IN ABEYANCE**.  It is further

      **ORDERED** that a scheduling conference pursuant to Federal Rule of Civil Procedure 16 is set for January 25, 2016 at 9:00 a.m.  It is further

      **ORDERED** that the parties shall file a proposed scheduling order consistent with the instructions provided on the record at the hearing on or before January 21, 2016.  It is further

**ORDERED** that **Defendant Summit Park Townhome Association shall respond to Plaintiff Auto-Owners Insurance Company's Second Amended Complaint [Doc. # 6] by January 21, 2016.**

**DATED**: January __13__, 2016, at Denver, Colorado.

BY THE COURT:


   s/Lewis T. Babcock        
LEWIS T. BABCOCK, JUDGE