IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Case No. 14-cv-03417-LTB

AUTO-OWNERS INSURANCE COMPANY, a Michigan corporation,

    Plaintiff,

v.

SUMMIT PARK TOWNHOME ASSOCIATION, a Colorado corporation,

    Defendant.

_____

ORDER
_____

Upon Defendant's Motion for Leave to File Sur-Reply (Doc 61), and review of the file, it is

ORDERED that Defendant's Motion is DENIED.

BY THE COURT:

    s/Lewis T. Babcock
    LEWIS T. BABCOCK, JUDGE

DATED: March 9, 2016