IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE LEWIS T. BABCOCK

_____

Courtroom Deputy: Emily Buchanan          Date: March 31, 2016
Court Reporter:     Gwen Daniel

_____

Civil Case No. 14-cv-03417-LTB                 *Counsel:*

AUTO-OWNERS INSURANCE COMPANY, a          Michael O'Donnell
Michigan corporation,                      Terence Ridley
                                           Gregory Giometti
        Plaintiff,

v.

SUMMIT PARK TOWNHOME ASSOCIATION,          William Harris
a Colorado corporation,                    David Pettinato

        Defendant.
_____

COURTROOM MINUTES
_____

HEARING - ORAL ARGUMENT ON THE PLAINTIFF'S OBJECTION TO GEORGE
KEYS ACTING AS APPRAISER

9:00 a.m.     Court in session.

Court calls case.  Appearances of counsel.

9:01 a.m.     Argument by Mr. O'Donnell.

9:49 a.m.     Response by Mr. Harris.

10:33 a.m.    Court in recess.
10:44 a.m.    Court in session.

10:44 a.m.    Reply by Mr. O'Donnell.

Court's findings and conclusions.

1

**ORDERED**:   Plaintiff's Objection to George Keys Acting as Appraiser Based on Recently Discovered, Undisclosed Relationships with Defendant and its Representatives (Doc. No. 41) is **SUSTAINED**.  The appraisal award is vacated.  Court will issue a written order.

**ORDERED**:   Plaintiff may file any motion for sanctions with accompanying brief or speaking motion on or before **April 15, 2016**.  Court will then set a briefing schedule.

**ORDERED**:   Plaintiff's Motion for Leave to File Amended Complaint (Doc. No. 48) is **GRANTED**.  Court will issue a written order.  Plaintiff may file this amended complaint on or before **April 15, 2016**.

Court will set a further status hearing at an appropriate time.

11:01 a.m.     Court in recess.
Hearing concluded.
Time:  1:50