IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 14-cv-03417-LTB

AUTO-OWNERS INSURANCE COMPANY, a Michigan corporation,

　　Plaintiff,

v.

SUMMIT PARK TOWNHOME ASSOCIATION, a Colorado corporation,

　　Defendant.

## FINAL JUDGMENT

　　In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

　　Pursuant to the Memorandum Opinion and Order entered by the Honorable Lewis T. Babcock on August 1, 2016, and incorporated herein by reference as if fully set forth, it is

　　ORDERED that Plaintiff's Motion for Sanctions is GRANTED.  It is

　　FURTHER ORDERED that Summit Park's counterclaims as set forth in its Answer are DISMISSED WITH PREJUDICE. It is

　　FURTHER ORDERED that Auto-Owners is awarded reasonable attorney's fees and expenses against Harris and Pettinato jointly and severally, the amount of which will be fixed upon Auto-Owners' filing of a motion pursuant to D.COLO.LCivR 54.3.  It is

　　FURTHER ORDERED that Summit Park shall pay $97,797.53 to Auto-Owners, representing unpaid interest that accrued on the appraisal award during the period that Summit Park wrongfully withheld it.  It is

FURTHER ORDERED that final judgment is hereby entered in favor of Plaintiff Auto-Owners Insurance Company and against Defendant Summit Park Townhome Association.

DATED at Denver, Colorado this  1st  day of August, 2016.

                                            FOR THE COURT:

                                            JEFFREY P. COLWELL, CLERK

                                            By: s/Emily Buchanan
                                            Emily Buchanan, Deputy Clerk